People, Plaintiff and Appellant, *v.* Sierra, Defendant and Appellee.

Appeal from the District Court of San Juan in a Prosecution for Violation of Section 283 of the Penal Code.

No. 1391.—Decided December 22, 1919.

Decided on the grounds of the opinion in case No. 1390, *People v. Sierra, ante.*

*Messrs. José N. Quiñones* and *Salvador Mestre, Fiscales,* for the appellant.

*Mr. Celestino Iriarte, Jr.,* for the appellee.

*Reversed and remanded.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.